UNITED STATES of America,
Plaintiff–Appellee,

v.

Samuel Lee BARRINGTON,
Defendant–Appellant.

No. 15–7307.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2015.

Decided: Dec. 22, 2015.

Samuel Lee Barrington, Appellant Pro Se. Harry L. Hobgood, Angela Hewlett Miller, Assistant United States Attorneys, Stephen Thomas Inman, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before AGEE and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Lee Barrington appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2012) motion. The district court granted a certificate of appealability on one issue: whether Barrington was entitled to resentencing following the Supreme Court's decision in *Johnson v. United States,* —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barrington,* Nos. 1:12–cr–00197–CCE–1; 1:13–cv–00510–CCE–JLW (M.D.N.C. July 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*